UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)
    Plaintiff, )
) Case No. ~~3:19-mj-0029 DmC~~
v. ) 3:19-cr-0007 DmC
Edgar Rodriguez Vargas ) RELEASE ORDER NO. _____
)
    Defendant. ) ORDER FOR RELEASE OF
    PERSON IN CUSTODY

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Edgar Rodriguez Vargas _____, Case No. 3:19-mj-0029 Dmc ,

Charge 43 CFR 8365.1-4(b)(1), cultivating, manufacturing, or distributing a controlled substance on ~~federal~~ lands

from custody subject to the conditions contained in the attached "Notice to Defendant Being

Released" and for the following reasons:

____ Release on Personal Recognizance

____ Bail posted in the sum of $_____

____ Unsecured Appearance Bond

____ Appearance Bond with 10% Deposit

____ Appearance Bond with Surety

____ Corporate Surety Bail Bond

X (Other) Defendant is released to ICE

This release order is not effective until the defendant has signed and

understands the attached "Notice to Defendant Being Released".

Issued at Redding, California on October 18, 2019,

~~19~~ at 2:00 a.m./p.m.

By _____
United States District Judge or
United States Magistrate

Original - U.S. Marshal